No. 80–599.  JEFFERS v. UNITED STATES.  C. A. 7th Cir. Certiorari denied. ▮

No. 80–611.  CIANCIULLI ET AL. v. UNITED STATES.  C. A. 3d Cir.  Certiorari denied. ▮

No. 80–618.  REFRIGERATED TRANSPORT Co., INC., ET AL. v. INTERSTATE COMMERCE COMMISSION ET AL.  C. A. D. C. Cir. Certiorari denied. ▮

No. 80–625.  SHAPIRO ET AL. v. MIDWEST RUBBER RECLAIMING Co. ET AL.  C. A. 8th Cir.  Certiorari denied. ▮

No. 80–630.  GARBER v. UNITED STATES; and
No. 80–770.  DENUCCI v. UNITED STATES.  C. A. 3d Cir. Certiorari denied.  Reported below: 626 F. 2d 1144.

No. 80–635.  MICHAEL REESE PHYSICIANS & SURGEONS ET AL. v. QUERN, DIRECTOR, ILLINOIS DEPARTMENT OF PUBLIC AID.  C. A. 7th Cir.  Certiorari denied. ▮

No. 80–637.  SUNNYSIDE VALLEY IRRIGATION DISTRICT v. KITTITAS RECLAMATION DISTRICT ET AL.  C. A. 9th Cir. Certiorari denied. ▮

No. 80–643.  STRATOS v. UNITED STATES.  C. A. 4th Cir. Certiorari denied. ▮

No. 80–646.  CONNOR v. WARREN, ADMINISTRATOR, ET AL. Sup. Ct. N. J.  Certiorari denied.

No. 80–648.  EUROPEAN TRADE SPECIALISTS, INC., ET AL. v. UNITED STATES ET AL.  C. A. D. C. Cir.  Certiorari denied.

No. 80–650.  CONNOR v. FLYNN.  Sup. Ct. N. J.  Certiorari denied.